United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY SCOTT JOHNSON,

    Plaintiff,

    v.

SANTA CLARA COUNTY VALLEY MEDICAL CENTER DIRECTOR OF MEDICAL & MENTAL HEALTH,

    Defendant.

No. C 09-2991 SI (pr)

**ORDER DENYING REQUEST FOR CONTINUANCE**

Plaintiff's motion for a continuance of 6-8 weeks to file a second amended complaint is DENIED. (Docket # 13.) Although plaintiff reports that he currently is in administrative segregation and has limited law library access, he has had over eleven months to do a relatively simple amendment, i.e., link defendants to his medical care claim. It is not even clear that he needs law library access to do that since the court explained how to do it in the order of dismissal with leave to amend and the task is a fact-based one. Having chosen to file a complaint, plaintiff is expected to diligently prosecute it.[1]

The court grants a short <u>final</u> extension of the deadline in case plaintiff was waiting for a ruling on his motion before sending in his pleading. The second amended complaint must be filed no later than **April 15, 2011**, and must include the caption and civil case number used in this order and the words SECOND AMENDED COMPLAINT on the first page. Plaintiff is cautioned that his second amended complaint must be a complete statement of his claims and

---

[1] Johnson also tried to stall one of his other actions shortly after filing it, arguing that it should be stayed until two months after his expected release from custody in late March 2011. <u>See</u> Order Denying Request For Stay And Setting Briefing Schedule in <u>Johnson v. Gilroy Police Department Officer Cortes</u>, No. C 09-3946 SI.

1 will supersede existing pleadings.  See London v. Coopers & Lybrand, 644 F.2d 811, 814 (9th
2 Cir. 1981) ("a plaintiff waives all causes of action alleged in the original complaint which are
3 not alleged in the amended complaint.")  Failure to file the second amended complaint by the
4 deadline will result in the dismissal of this action.

5     IT IS SO ORDERED.

6 Dated: March 23, 2011                              _____
                                                    SUSAN ILLSTON
7                                                   United States District Judge