UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCOTT JOHNSON, | No. C 09-2991 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DR. MEADE; et al., | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted against the defendants.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 3, 2011

_____
SUSAN ILLSTON
United States District Judge